■ The People of the State of New York, Respondent, v Robert Lemmo, Appellant. [598 NYS2d 723] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Clabby, J.), rendered October 16, 1990, convicting him of criminal possession of stolen property in the third degree

and unauthorized use of a stolen vehicle in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, issues of credibility, as well as the weight to be accorded the evidence, are for the trier-of-fact, who saw and heard the witnesses *(People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record *(People v Garafolo,* 44 NY2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

We have reviewed the defendant's remaining contentions, including those raised in his supplemental *pro se* brief, and find them to be without merit. Eiber, J. P., O'Brien, Ritter and Copertino, JJ., concur.